In the Matter of AMIN ENRIQUE M., JR., and Another, Children Alleged to be Abandoned. AMIN M., Appellant; LEAKE AND WATTS SERVICES, INC., Respondent.

Submitted February 23, 2009; decided April 2, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

JIOVON ANONYMOUS, an Infant, by His Father and Legal Guardian, THOMAS ANONYMOUS, et al., Respondents, v CITY OF ROCHESTER et al., Appellants.

Submitted March 30, 2009; decided April 2, 2009

Motion by New York Civil Liberties Union for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

JIOVON ANONYMOUS, an Infant, by His Father and Legal Guardian, THOMAS ANONYMOUS, et al., Respondents, v CITY OF ROCHESTER et al., Appellants.

Submitted March 30, 2009; decided April 2, 2009

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

SAMANTHA CARROLL et al., Appellants, v NOSTRA REALTY CORPORATION, Respondent. (And a Third-Party Action.)

Submitted February 9, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.